**FILED**
AUG 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE GEORGE HASH

Plaintiff,

vs.

MATTHEW CATE, SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et. Al
Defendant.

CV 08 3729 MMC

CASE NO.

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, **LAWRENCE GEORGE HASH**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ____ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  and wages per month which you received.   (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _TEXAS SALLY'S USED CARS_____
4  _21491 FLORIDA AVE_____
5  _HEMET, CALIF 92503_____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.   Business, Profession or             Yes ___ No _X_
9          self employment
10    b.   Income from stocks, bonds,          Yes ___ No _X_
11         or royalties?
12    c.   Rent payments?                      Yes ___ No _X_
13    d.   Pensions, annuities, or             Yes ___ No _X_
14         life insurance payments?
15    e.   Federal or State welfare payments,  Yes ___ No _X_
16         Social Security or other govern-
17         ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.   Are you married?                      Yes ___ No _X_
23  Spouse's Full Name: _____N/A_____
24  Spouse's Place of Employment: ___N/A_____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____N/A_____ Net $_____N/A_____
27  4.   a.   List amount you contribute to your spouse's support:$ _N/A_
28       b.   List the persons other than your spouse who are dependent upon you for support

y

1 and indicate how much you contribute toward their support. (NOTE: For minor
2 children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3 __NONE__
4 
5 5.   Do you own or are you buying a home?         Yes ___ No _X_
6 Estimated Market Value: $ _N/A_   Amount of Mortgage: $ _N/A_
7 6.   Do you own an automobile?                    Yes ___ No _X_
8 Make _N/A_   Year _N/A_   Model _N/A_
9 Is it financed? Yes ___ No _X_   If so, Total due: $ _N/A_
10 Monthly Payment: $ _N/A_
11 7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 
14 Present balance(s): $ _____
15 Do you own any cash? Yes ___ No _X_ Amount: $ _0_
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ___ No _X_
18 
19 8.   What are your monthly expenses?
20 Rent: $ _0_                    Utilities: _0_
21 Food: $ _0_                    Clothing: _0_
22 Charge Accounts:
23 Name of Account        Monthly Payment        Total Owed on This Acct.
24 _NONE_                 $ _0_                  $ _N/A_
25 _NONE_                 $ _0_                  $ _N/A_
26 _NONE_                 $ _0_                  $ _N/A_
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)  (NONE)

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 3 -

1 | _____NONE_____
2 | _____~~Ø~~_____
3 | 10. Does the complaint which you are seeking to file raise claims that have been presented in
4 | other lawsuits? Yes ___ No  X
5 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6 | they were filed.
7 | _____~~Ø~~_____
8 | _____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 23, 2008                              Laurence George Hook
DATE                                       SIGNATURE OF APPLICANT


Case Number:_____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached is a true and correct copy of the

prisoner's trust account statement showing transactions of

_Hash, Lawrence G._ for the last six months
(prisoner name)

at **CORRECTIONAL TRAINING FACILITY-SOLEDAD** where
(name of institution)

(s)he is confined.

I further certify that the average deposits each month to this

prisoner's account for the most recent 6-month period were

$ __0__ and the average balance in the prisoner's account

each month for the most recent 6-month period was $ __0__ .

Dated: __7-30-08__     _Yolanda Chang, Acct / Spec._
                       Authorized officer of the institution

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California  93960
ATTN: Trust Office



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-30-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Yolanda Chang, Acct. / Spec._
TRUST OFFICE

Case Number: _____

**CERTIFICATE OF FUNDS
IN
PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transaction of _LAWRENCE GEORGE HASH_ [prisoner's name]

for the last six months at _CORRECTIONAL TRAINING FACILITY/NORTH_
[name of institution]

where (s) he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____   _____

Authorized officer of
the institution

```
REPORT ID: TS3030  .701                                              REPORT DATE: 07/30/08
                                                                     PAGE NO:        1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                               CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: FEB. 29, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER : P00376                           BED/CELL NUMBER: NORBT2000000235L
ACCOUNT NAME   : HASH, LAWRENCE GEORGE            ACCOUNT TYPE:   I
PRIVILEGE GROUP: B

                                TRUST ACCOUNT ACTIVITY

                << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           CURRENT HOLDS IN EFFECT

DATE       HOLD
PLACED     CODE    DESCRIPTION              COMMENT            HOLD AMOUNT
-------   ----    -----------------        -------            -----------
05/15/2008 H110   COPIES HOLD              3782 COPIE              31.20
07/15/2008 H118   LEGAL COPIES HOLD        0198 LCOPY               5.00
07/15/2008 H118   LEGAL COPIES HOLD        0198 LCOPY               0.60
07/17/2008 H118   LEGAL COPIES HOLD        0223 LCOPY               6.40
07/17/2008 H118   LEGAL COPIES HOLD        0230 LCOPY               0.50
07/17/2008 H118   LEGAL COPIES HOLD        0230 LCOPY               1.80
07/22/2008 H109   LEGAL POSTAGE HOLD       0303 LPOST               0.42
07/22/2008 H109   LEGAL POSTAGE HOLD       0303 LPOST               0.59
07/22/2008 H109   LEGAL POSTAGE HOLD       0303 LPOST               0.59
07/23/2008 H109   LEGAL POSTAGE HOLD       0306 LPOST               0.42

                              TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL        TOTAL        CURRENT      HOLDS       TRANSACTIONS
BALANCE       DEPOSITS     WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED
---------    ---------    ----------    --------    --------    ------------
  0.00         0.00          0.00          0.00       47.52           0.00

                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                        ---------
                                                           47.52-
```

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
MTW: Trust office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-30-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ Trust Acct Spec.
    TRUST OFFICE