August 13, 2008

Larry Hash CDC # P-00376
Correctional Training Facility
P.O. Box 705 / Cell # RB-235L
Soledad, Calif 93960-0705

FILED
AUG 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court / Civil Dept
United States District Court
450 Golden Gate Ave
San Fransico, Cal 94102

RE: Civil Rights Complaint # CV 08 3729 MMC (PR)
Lawrence G. Hash -V- Matthew Cate, et.al

Dear Clerk of the Court:

I received your green colored "ECF Registration Information Handout" saying; 1) Serve this ECF Registration Handout on all parties in the case along with the Complaint, etc, etc. I now confused because I have no Summons. Am I really suppose to copy this ECF Registration Handout and my Complaint (75) times and serve them on all (75) of my Defendants?

Please write me back and tell me if the Court is going serve the Summons and Complaint along with this ECF Registration Handout to all (75) of my Defendants, or is it my responsibility to handle this, and if so, I need (75) Summons to do this. Please respond in detail, thank you.

Sincerely,
Larry A. Hash
Plaintiff

CORRECTIONAL TRAINING FACILITY
CALIFORNIA MENS COLONY STATE PRISON
SAN LUIS OBISPO, CA 93409-8101

Name: LARRY HASH
CDC#: P-00376   CELL: RB-235

P.O. BOX 705
SOLEDAD, CA
93960-0705

**STATE PRISON
GENERATED MAIL**

LEGAL MAIL

$ 00.42⁰
MAILED FROM ZIPCODE 93960
AUG 14 2008

UNITED STATES DISTRICT COURT
ATTN: CLERK OF THE COURT, Civil Complaint

450 GOLDEN GATE AVE
SAN FRANSISCO CALIF
94102

*[Signature and date: 6.13.07, with notation "No S.BoSy"]*