United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, ) | No. C 08-3729 MMC (PR) |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| MATTHEW CATE, et al., ) | |
| Defendants. ) | **(Docket No. 9)** |
| _____ ) | |

On August 4, 2008, plaintiff, a California prisoner then incarcerated at the Correctional Training Facility at Soledad and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. After reviewing the complaint, the Court, by order dated April 6, 2009, dismissed with leave to amend plaintiff's cognizable claims for relief against sixty-nine defendants at Salinas Valley State Prison. Plaintiff was directed to file an amended complaint within thirty days of the Court's order.

On April 16, 2009, plaintiff notified the Court that he has been transferred to the California State Prison at Solano, where he currently is housed in administrative segregation due to crowded conditions in the general population. As a consequence of his housing situation, plaintiff has been unable to access his original complaint and other documents relevant to his filing an amended complaint. Plaintiff therefore requests an extension of sixty days in which to file an amended complaint. In light of the numerous claims raised in the

1 original complaint that must be amended, and good cause appearing, plaintiff's request is
2 hereby GRANTED.  Plaintiff shall file his amended complaint within **sixty** days of the date
3 this order is filed.

4     This order terminates Docket No. 9.

5     IT IS SO ORDERED.

6 DATED: April 27, 2009

7 _____
MAXINE M. CHESNEY
United States District Judge