IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE GEORGE HASH, | ) | No. C 08-3729 MMC (PR) |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME** |
| MATTHEW CATE, et al., | ) ) | |
| Defendants. | ) | **(Docket Nos. 35, 37, 39)** |
| _____ | ) | |

GOOD CAUSE APPEARING, the request of defendants Bowman, Gant, Gomez, Kates, Kessler, Krossa, Lee, Lewis, Pistone, Torres, Walker, Washington and Winn for an extension of time to file a motion for summary judgment or other dispositive motion is hereby GRANTED. Additionally, an extension of time is hereby GRANTED as to defendants Burke and Delfs, who have joined in the request.

Defendants shall file a motion for summary judgment or other dispositive motion no later than July 15, 2010. Within **thirty** days of the date such motion is filed, plaintiff shall file with the Court and serve on defendants' counsel opposition thereto. Defendants shall file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket Nos. 35, 37 and 39.

IT IS SO ORDERED.

DATED: April 23, 2010

_____
MAXINE M. CHESNEY
United States District Judge