United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, ) | No. C 08-3729 MMC (PR) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING DEFENDANTS'** |
| ) | **MOTION TO COMPEL PLAINTIFF'S** |
| v. ) | **DEPOSITION AND EXTEND** |
| ) | **DEADLINE FOR FILING** |
| MATTHEW CATE, et al., ) | **DISPOSITIVE MOTION** |
| ) | |
| Defendants. ) | **(Docket No. 46)** |
| _____ ) | |

GOOD CAUSE APPEARING, defendants' motion to compel plaintiff's deposition is hereby GRANTED. Additionally, an extension of time is hereby GRANTED to defendants to file a motion for summary judgment or other dispositive motion.

Defendants shall file their motion within **sixty** days of the date this order is filed. Within **thirty** days of the date such motion is filed, plaintiff shall file with the Court and serve on defendants' counsel opposition thereto. Defendants shall file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 46.

IT IS SO ORDERED.

DATED: August 4, 2010

_____
MAXINE M. CHESNEY
United States District Judge