1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
**For the Northern District of California**

11   LAWRENCE GEORGE HASH,           )   No. C 08-3729 MMC (PR)
                                      )
12                  Plaintiff,        )   **ORDER OF SERVICE ON**
                                      )   **DEFENDANT D. TRAVERS**
13        v.                          )
                                      )
14   CHARLES LEE, et al.,             )
                                      )
15                  Defendants.       )
     _____ )

16

17        On August 4, 2008, plaintiff, a California prisoner then incarcerated at the

18   Correctional Training Facility at Soledad and proceeding pro se, filed the above-titled civil

19   rights action.[1]  According to the first amended complaint ("FAC"), the events giving rise to

20   plaintiff's claims occurred when plaintiff was incarcerated at Salinas Valley State Prison

21   ("SVSP") during 2004 and 2005.  In its Order of September 15, 2011, the Court directed the

22   Clerk to re-issue summons for several defendants who remained unserved and requested that

23   the SVSP Litigation Coordinator provide a current address for defendant D. Travers

24   ("Travers") in order that the Marshal could serve Travers at such address.  The SVSP

25   Litigation Coordinator has since informed the Court that Travers has transferred to Kern

26   Valley State Prison.

27   _____

28        [1]Plaintiff currently is incarcerated at the California State Prison ("CSP"), at Solano.

1        Accordingly, the Clerk shall re-issue summons and the United States Marshal shall,

2    without prepayment of fees, serve said summons, along with a copy of the FAC (Docket No.

3    12) and all attachments thereto (Docket No. 13), a copy of the Court's November 5, 2009

4    Order of Service, and a copy of this Order, upon defendant D. Travers at the following

5    address:

6    D. Travers
     Kern Valley State Prison
7    3000 West Cecil Ave.
     Delano, CA 93216
8

9              IT IS SO ORDERED.

10   DATED: September 27, 2011

11                                    _____
                                      MAXINE M. CHESNEY
12                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2