IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, ) | No. C 08-3729 MMC (PR) |
| ) Plaintiff, ) | **ORDER GRANTING DEFENDANTS'** |
| ) | **REQUEST FOR EXTENSION OF TIME** |
| v. ) | |
| ) | **(Docket No. 86)** |
| CHARLES LEE, et al., ) | |
| ) Defendants. ) | |
| _____ ) | |

GOOD CAUSE APPEARING, defendants' request for an extension of time to: (1) complete plaintiff's deposition, and (2) file a dispositive motion is hereby GRANTED. Defendants shall have **120 days** from the date of this order within which to complete plaintiff's deposition.

Within **30 days** of the date plaintiff's deposition is completed, defendants shall file a motion for summary judgment or other dispositive motion with respect to the claims found to be cognizable in the Court's Order of Service filed November 5, 2009. Plaintiff shall file his opposition within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 86.

IT IS SO ORDERED.

DATED: June 7, 2012

_____
MAXINE M. CHESNEY
United States District Judge