IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES LEE, M.D., et al.,<br><br>    Defendants. | No. C 08-3729 MMC (PR)<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTIONS TO COMPEL** |

    Pursuant to Civil Local Rule 72-1, defendants' Motion to Compel Responses to Written Discovery, filed August 20, 2012, defendants' Motion to Compel Deposition Testimony, filed August 20, 2012, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: August 22, 2012

                                                      MAXINE M. CHESNEY
                                                    United States District Judge