UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE GEORGE HASH,

       Plaintiff(s),

    v.

MATTHEW CATE,

       Defendant(s).
_____/

No. C 08-03729 DMR

**ORDER RE BRIEFING SCHEDULE
FOR DISCOVERY DISPUTES**

    The court hereby notifies the parties that the briefing schedule issued by Judge Chesney for the outstanding discovery disputes, [Docket Nos. 93, 95], remains in effect. [*See* Docket No. 92.]

    IT IS SO ORDERED.

Dated: August 28, 2012

_____
DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California