UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. C-08-3729 MMC (DMR) |
| Plaintiff(s), | **ORDER RE PLAINTIFF'S MOTION FOR STAY [DOCKET NO. 100]** |
| v. | |
| MATTHEW CATE, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiff Lawrence Hash's Motion for Stay. [Docket No. 100.] The court construes the filing as an administrative motion to seek an additional 30 days to respond to Defendants' pending motions to compel. [*See* Docket Nos. 93, 95.] Accordingly, the court orders Defendants to file their response to Plaintiff's motion by September 25, 2012 and strikes the date for Plaintiff to file a reply.

IT IS SO ORDERED.

Dated: September 19, 2012

DONNA M. RYU
United States Magistrate Judge