UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>    Plaintiff(s),<br><br>v.<br><br>MATTHEW CATE,<br><br>    Defendant(s).<br>_____/ | No. C 08-03729 MMC (DMR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE BRIEFING ON PENDING MOTIONS TO COMPEL [DOCKET NOS. 93, 95] BY THIRTY DAYS** |

On September 10, 2012, Plaintiff Lawrence Hash filed a motion to stay discovery in this case for thirty days. [Docket No. 100.] After careful review, the court construes the motion as a request that the court push out the briefing schedules for Defendants' pending Motions to Compel, [Docket Nos. 93, 95], by thirty days. The court grants the motion. Plaintiff must file any opposition or statement of non-opposition to Defendants' Motions to Compel by October 17, 2012. Defendants must file their replies by no later than November 1, 2012.[1]

IT IS SO ORDERED.

Dated: September 26, 2012

_____
DONNA M. RYU
United States Magistrate Judge

GRANTED

---

[1] The court denies Plaintiff's Motion for Clarification, [Docket No. 103], as moot.