UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE GEORGE HASH,   No. C-08-03729 DMR

    Plaintiff(s),   **ORDER TO SHOW CAUSE**

  v.

MATTHEW CATE,

    Defendant(s).

_____/

Defendants have filed two motions to compel in this matter. [Docket Nos. 93, 95.] Plaintiff Lawrence Hash is pursuing this action without legal representation. According to the court's order of September 26, 2012, he should have filed any briefs in opposition to Defendants' motions by October 17, 2012. [Docket No. 104.] The court has received no such oppositions.

The court ORDERS <u>Plaintiff to respond by November 13, 2012 and explain his failure to respond to the motions. In addition, Plaintiff must simultaneously (1) submit his oppositions to the court or (2) file statements of non-opposition to the motions.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submissions. If Plaintiff does not respond by November 13, 2012, Defendants' motions may be granted.

The court further ORDERS that Defendants shall file replies, if any, to Plaintiff's oppositions no later than November 19, 2012.

IT IS SO ORDERED.

Dated: October 24, 2012



_____
DONNA M. RYU
United States Magistrate Judge