IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. C-08-3729 MMC (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION; CONTINUING DEADLINE TO FILE DISPOSITIVE MOTION** |
| v. | |
| CHARLES LEE, et al., | |
| Defendants. / | |

Before the Court is defendants' "Administrative Motion Re: Extending Time for Dispositive Motions," filed October 17, 2012. Plaintiff Lawrence George Hash has not filed opposition.

Having read and considered the motion, and good cause appearing therefor, the motion is hereby GRANTED, and the deadline for defendants to file a dispositive motion is hereby CONTINUED to February 15, 2003. Plaintiff shall file any opposition to defendants' dispositive motion no later than 28 days after the date the motion is filed, and defendants' shall file any reply no later than 14 days after the date the opposition is filed.

**IT IS SO ORDERED.**

Dated: October 30, 2012

MAXINE M. CHESNEY
United States District Judge