UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>    Plaintiff(s),<br><br>  v.<br><br>MATTHEW CATE,<br><br>    Defendant(s). | No. C 08-03729 MMC (DMR)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On October 24, 2012, the court issued Plaintiff Lawrence Hash an order to show cause why the court should not grant Defendants' two pending discovery motions, [Docket Nos. 93, 95]. [Docket No. 106.] Plaintiff's oppositions or statements of non-opposition to the motions had been due October 17, 2012, and the court had not received them as of the time it issued the order. Later on October 24, 2012, however, the court received and filed Plaintiff's oppositions. [Docket Nos. 108, 109.]

On November 6, 2012, the court received Plaintiff's response to the order to show cause. [Docket No. 112.] Plaintiff attached the proofs of service for his oppositions, which indicate that he mailed them to the Court on October 17, 2012. [*See* Docket No. 112 at 2-3.] Because Plaintiff filed them in a timely manner, the court discharges the order to show cause and deems Plaintiff's oppositions properly filed.

IT IS SO ORDERED.

Dated: November 8, 2012

_____
DONNA M. RYU
United States Magistrate Judge