**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>    Plaintiff(s),<br><br>  v.<br><br>MATTHEW CATE,<br><br>    Defendant(s).<br>_____/ | No. C 08-03729 MMC (DMR)<br><br>**ORDER RE PLAINTIFF'S CROSS-MOTION TO COMPEL** |

On August 20, 2012, Defendants filed a motion to compel Plaintiff's deposition testimony. [Docket No. 95.] In his opposition, Plaintiff cross-moved to compel Defendants to provide him with copies of his deposition transcripts, as well as those of "inmate Bengar and inmate Sidley." [Docket No. 109 at 13-15.] Defendants did not respond to this motion in their reply brief. [*See* Docket No. 111.] The court therefore orders Defendants to file an opposition or statement of non-opposition to Plaintiff's motion by November 16, 2012.

IT IS SO ORDERED.

Dated: November 9, 2012

DONNA M. RYU
United States Magistrate Judge