**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE GEORGE HASH,      No. C 08-03729 MMC (DMR)

    Plaintiff(s),      **ORDER FOR SUPPLEMENTAL BRIEFING**

  v.

MATTHEW CATE,

    Defendant(s).
_____/

In Defendants' pending motion to compel written discovery, Defendants contend that Plaintiff failed to respond to discovery served by Defendants Gomez, Lewis, Perez, Torres, Walker, Washington, or Winn. (Mot. Compel 3.) In his opposition, however, Plaintiff asserts that he responded to discovery from these defendants and has attached his responses and accompanying certificates of service. (Pl.'s Opp'n 11 (citing Hash Decl. Exs. 3-4, Oct. 17, 2012.) So that the court may evaluate the adequacy of Plaintiff's responses, the court orders Defendants to file with the court by November 28, 2012, the discovery propounded upon Plaintiff for these defendants.

IT IS SO ORDERED.

Dated: November 26, 2012

DONNA M. RYU
United States Magistrate Judge