IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES LEE, et al.,<br><br>    Defendants.<br>_____ | No. C 08-3729 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 132)** |

GOOD CAUSE APPEARING, defendants' request for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendants to file a dispositive motion is hereby CONTINUED to July 2, 2013. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 132.

IT IS SO ORDERED.

DATED: May 7, 2013

                                      MAXINE M. CHESNEY
                                      United States District Judge