United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. C 08-3729 MMC (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |
| v. | |
| CHARLES LEE, et al., | **(Docket No. 134)** |
| Defendants. | |

GOOD CAUSE APPEARING, defendants' request for an extension of time to file a dispositive motion is hereby GRANTED. The Court will issue a schedule for the filing of the dispositive motion after plaintiff's pending motion for leave to file a second amended complaint has been resolved.

This order terminates Docket No. 134.

IT IS SO ORDERED.

DATED: July 23, 2013

MAXINE M. CHESNEY
United States District Judge