IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. C 08-3729 MMC (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT** |
| v. | |
| CHARLES LEE, et al., | **(Docket No. 140)** |
| Defendants. | |

Defendants have filed an administrative motion, pursuant to Civil Local Rule 7-11, for leave to file a motion for summary judgment in excess of the court's 25-page limit. GOOD CAUSE APPEARING, the motion is hereby GRANTED. Defendants may exceed the page limit by up to 20 additional pages.

This order terminates Docket No. 140.

IT IS SO ORDERED.

DATED: September 17, 2013

_____
MAXINE M. CHESNEY
United States District Judge