IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, ) | No. C 08-3729 MMC (PR) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME** |
| ) | |
| v. ) | |
| ) | **(Docket No. 155)** |
| CHARLES LEE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

GOOD CAUSE APPEARING, plaintiff's request for an extension of time to file an opposition to defendants' motion for summary judgment is hereby GRANTED. Plaintiff shall file his opposition on or before December 9, 2013. Defendants shall file a reply within **fourteen(14)** days of the date the opposition is filed.

This order terminates Docket No. 155.

IT IS SO ORDERED.

DATED: October 29, 2013

MAXINE M. CHESNEY
United States District Judge