IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,       ) | No. C 08-3729 MMC (PR) |
|                                                         ) | |
| Plaintiff,       ) | **ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME** |
|                                                         ) | |
| v.       ) | |
|                                                         ) | |
| CHARLES LEE, et al.,       ) | **(Docket No. 159)** |
|                                                         ) | |
| Defendants.       ) | |
| _____ ) | |

GOOD CAUSE APPEARING, plaintiff's second request for an extension of time to file an opposition to defendants' motion for summary judgment is hereby GRANTED. Plaintiff shall file his opposition on or before February 5, 2014.  Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.  Given the length of time the case has been pending, no further extensions will be granted.

This order terminates Docket No. 159.

IT IS SO ORDERED.

DATED: December 16, 2013

MAXINE M. CHESNEY
United States District Judge