IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. C 08-3729 MMC (PR) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S "RULE 60(b) MOTION RE: FAILING TO TIMELY LODGE OPPOSITION TO SUMMARY JUDGMENT"** |
| v. | |
| CHARLES LEE, et al., | |
| Defendants. | **(Docket No. 168)** |

On August 4, 2008, plaintiff, a California prisoner then incarcerated at the Correctional Training Facility at Soledad and proceeding pro se, filed the above-titled civil rights action.[1] On September 23, 2013, defendants filed a motion for summary judgment. Plaintiff thereafter sought and received three separate extensions of time to file his opposition. Pursuant to the third, and most recent, order extending time, plaintiff's opposition was due on or before March 24, 2014.

On March 31, 2014, however, the Clerk of Court received from plaintiff a letter inquiring whether the Clerk of Court had received his opposition. The letter was unsworn and there was no indication therein as to when the opposition purportedly was sent.

---

[1] Plaintiff currently is incarcerated at San Quentin State Prison.

Thereafter, by order filed April 9, 2014, ("April 9 order") the Court advised plaintiff that his opposition had not been received. The Court further advised plaintiff that if his opposition was not received by April 30, 2014, the Court would deem defendants' motion for summary judgment unopposed and would proceed to rule on it.

Now before the Court is plaintiff's "Rule 60(b) Motion Re: Failing to Timely Lodge Opposition to Summary Judgment and Dismissal," filed April 11, 2014, by which plaintiff requests an extension of "an additional 30 days" to file his opposition. (See Mot. at 5.) The filing constitutes plaintiff's fourth motion for an extension of time. The motion is signed April 4, 2014, and thus appears to have been prepared and mailed before the Court issued its April 9 order directing plaintiff to file his opposition no later than April 30, 2014.

If, by "an additional 30 days," plaintiff is seeking an extension to April 24, 2014, the Court, by its April 9 order, has already granted an extension of greater length, and, consequently, the motion is moot; if, on the other hand, plaintiff is seeking an extension to May 4, 2014, the Court finds plaintiff has failed to show a need for the four additional days beyond the extension already granted,[2] and, consequently, the motion fails for lack of good cause.

Accordingly, plaintiff's fourth request for an extension of time to file an opposition to defendants' motion for summary judgment is hereby DENIED.

---

[2] Plaintiff states:
> In the instant case plaintiff's [quasi] counsel i.e., Pro Per Research had been assisting plaintiff in prosecuting the instant civil-rights claim pursuant to § 1983, since its inception. Albeit, recently Marcos Juarez the sole owner, was taken into federal custody apparently for practicing law without a license. . . . Plaintiff has not been able to contact Mr. Juarez of late.

(Dkt. No. 168 at 2 (alteration in original).) Plaintiff contends Mr. Juarez's incarceration amounts to "attorney abandonment." (Id. at 3.)

2

    <u>Plaintiff is again advised that if his opposition is not received by **April 30, 2014**, the Court will deem defendants' motion for summary judgment unopposed and will proceed to rule on it.</u>

    This order terminates Docket No. 168.

    IT IS SO ORDERED.

DATED: April 16, 2014

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

**United States District Court**
For the Northern District of California